**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 24-6147**

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

JAMIE LUBELL DIXON,

Defendant - Appellant.

Appeal from the United States District Court for the District of South Carolina, at Columbia.  Cameron McGowan Currie, Senior District Judge.  (3:11-cr-00305-CMC-1)

Submitted:  May 21, 2024                                    Decided:  May 24, 2024

Before WYNN and BENJAMIN, Circuit Judges, and KEENAN, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Jamie Lubell Dixon, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jamie Lubell Dixon appeals the district court's order denying his motion for a sentence reduction under 18 U.S.C. § 3582(c)(1)(A).  Upon review of the record, we conclude the district court did not abuse its discretion by concluding that Dixon failed to satisfy the "extraordinary and compelling reasons" criteria for a sentence reduction established by U.S. Sentencing Guidelines Manual § 1B1.13(b)(6), p.s. (2023), and denying Dixon's motion on that ground.  *See United States v. Malone*, 57 F.4th 167, 172 (4th Cir. 2023) (stating standard of review).  Accordingly, we affirm the district court's order.  *United States v. Dixon*, No. 3:11-cr-00305-CMC-1 (D.S.C. Feb. 6, 2024).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*